UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON P. FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 17-cv-01240-JCS<br>Related Case No. 17-cv-1239- WHO<br><br>**ORDER DENYING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 111 |

After voluntarily dismissing Case No. 17-cv-1239, which previously was assigned to Magistrate Judge Spero, Plaintiff brought a motion to vacate the dismissal under Rule 60 of the Federal Rules of Civil Procedure in that case. Because the undersigned did not have the consent of the defendants in that case, it was reassigned to District Judge Orrick pursuant to *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). In the Motion to Transfer, Plaintiff asks the Court transfer this case (Case No. 17-cv-1240) to Judge Orrick as well. Judge Orrick has now denied Plaintiff's motion to vacate the previous dismissal, however, and entered judgment in Case No. 17-cv-1239. Moreover, Plaintiff has only moved to transfer this matter after this Court has decided many motions, and the parties have briefed summary judgment. Indeed, the Court has already decided part of the summary judgment motions. Under the circumstances, it would be a waste of the resources of the parties and of the Court to assign this matter to another judge who presided over part of a matter that is now closed. See, Local Rule 3-12(a)(1).

Accordingly, the Court DENIES Plaintiff's request to transfer Case No. 17-cv-1240 to Judge Orrick.

**IT IS SO ORDERED.**

Dated: June 4, 2018

JOSEPH C. SPERO
Chief Magistrate Judge