UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON P. FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 17-cv-01240-JCS<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 114 |

Plaintiff Vinton Frost asks the Court to enter final judgment in this case. The request is DENIED. On April 4, 2018, the Court ruled on some but not all of the issues raised in the parties' summary judgment motions, holding in abeyance issues on which it sought further evidence from Defendant. Rather than waiting for the Court to rule on these remaining issues, Plaintiff filed a notice of appeal of this Court's order. As a result, this court is divested of jurisdiction pending a ruling by the Ninth Circuit and may take no further action in this case pending such a ruling. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); *Visioneering Constr. & Dev. Co. v. United States Fidelity & Guar.*, 661 F.2d 119, 124 n. 6 (9th Cir.1981) ("Once a notice of appeal is filed jurisdiction is vested in the Court of Appeals, and the trial court thereafter has no power to modify its judgment in the case or proceed further except by leave of the Court of Appeals.").

    **IT IS SO ORDERED.**

Dated: August 16, 2018

JOSEPH C. SPERO
Chief Magistrate Judge